**Opinion issued March 3, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00981-CV

————————————

## IN RE LINDAMOOD DEMOLITION, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Lindamood Demolition, Inc. and Real Parties-In-Interest Josefina Garcia, Individually and as Heir to the Estate of Angel Garcia and Orbelinda Herrera, as Next Friend of Ashely Garcia and Bryan Garcia, have filed an agreed motion to dismiss relator's petition for writ of mandamus in this original proceeding.* No prior

---

* The underlying case is *Josefina Garcia, Individually and as Heir to the Estate of Angel Garcia, et al. v. J.T. Vaughn Construction, LLC, et al.*, cause number 2013-76550, pending in the 80th District Court of Harris County, Texas, the Honorable Larry Weiman presiding.

opinion has issued in this original proceeding. Accordingly, we grant the motion and dismiss relator's petition for writ of mandamus. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.